# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS FERNANDEZ MOLINA,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-04125-JLT-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents filed a response, arguing, inter alia, that "Petitioner's detention is lawful pursuant to mandatory detention statute 8 U.S.C. § 1225(b)." (ECF No. 9 at 2.)

A search of the Executive Office for Immigration Review's Automated Case Information System using Petitioner's A-Number indicates that Petitioner was ordered removed on July 17, 2026, and no appeal was received. See https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 25, 2026). The Court finds that supplemental briefing on the impact of the removal order, if any, on the petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2. Within seven (7) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge