**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS FERNANDEZ MOLINA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GARDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-04125 JLT SAB<br><br>A- Number: 244-330-889<br><br>ORDER GRANTING PETITIONER'S CONSTRUED REQUEST FOR DISMISSAL, DISMISSING PETITION WITHOUT PREJUDICE, LIFTING TRANSFER RESTRICTIONS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

Jose Luis Fernandez Molina, an immigration detainee, proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See generally* Doc. 1.) Petitioner now moves to dismiss his petition to proceed with removal following an appearance before an immigration judge on July 17, 2026.[1] (Doc. 13 at 1.) As the respondents previously filed a responsive pleading, the Court construes this as a request for dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(2), "an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise

[1] Review of the website of the EOIR indicates that the immigration judge ordered removal on July 17, 2026. It does not appear Petitioner appealed this decision, and that order is now final. Because judicial notice may be taken of information posted on an official government website, the Court takes judicial notice of the information available on the EOIR Automated Case Information website related to Petitioner. *See Daniels-Hall v. Nat'l Educ. Assoc.*, 629 F.3d 992, 998-999 (9th Cir. 2010); Fed. R. Evid. 201.

ordered by the Court, dismissal under Rule 41(a)(2) "is without prejudice." *Id.* Motions for voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the respondents. *Stevedoring Serv. of Am. v. Armilla Int'l*, 889 F.2d 919, 921 (9th Cir. 1991). The decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the district court's discretion and "will not be disturbed unless the court has abused its discretion." *Westlands Water Dist. v. U.S.*, 100 F.3d 94, 97 (9th Cir. 1996).

The Court finds dismissal is appropriate in this action. Respondents would not suffer any prejudice from the requested dismissal, which is the primary concern of Rule 41(a)(2). *See Stevedoring*, 889 F.2d at 921. Thus, the Court **ORDERS**:

1. Petitioner's motion to withdraw, construed as request for dismissal under Rule 41 (Doc. 12) is **GRANTED**.
2. The petition is **DISMISSED** without prejudice.
3. The transfer restrictions imposed on June 1, 2026 (Doc. 8) are **LIFTED**.
4. The Clerk of Court is directed to terminate pending motions and close this case.

IT IS SO ORDERED.

Dated: _August 28, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE